| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Abraham<br>Special Agent: Hurt | Telephone: (810) 766-5034<br>Telephone: (810) 219-6277 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>MAJOR GENERAL TYLER, JR. | Case: 4:21−mj−30047<br>Assigned To : Unassigned<br>Case No. Assign. Date : 1/22/2021<br>SEALED MATTER (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2020__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

On November 25, 2020, in the Eastern District of Michigan, Major General Tyler Jr., knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Dustin Hurt, Special Agent, ATF&E
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 22, 2021

*Judge's signature*

City and state: Flint, MI

Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Major General Tyler Jr.*

1.  I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. On November 25, 2020, Mount Morris Township Police Officer Ramirez was on routine patrol in the area of Clio Road and Home Avenue, stopped at the red light at the intersection. At that time, a silver 2004 Toyota Corolla bearing TN Registration: 0B24X0 (hereinafter referred to as suspect vehicle) disregarded the red light and proceeded to travel northbound on Clio Road. Officer Ramirez engaged his lights and siren, in a fully marked police cruiser in an attempt to pull over the suspect vehicle. The suspect vehicle refused to stop and continued northbound exceeding speeds of 90 miles per hour in a posted 45 miles per hour zone. Officer Ramierz terminated the pursuit near Clio Road and Frances Road disengaging his lights and sirens.

4. Genesee County Sherriff's Deputy Combs observed the suspect vehicle travelling northbound on Clio Road at a high rate of speed. Deputy Combs observed the suspect vehicle lose control crashing and incapacitating the suspect vehicle in the area of Clio Road and West Wilson Road in the City of Clio, Michigan. Where the vehicle crashed from the initial traffic stop attempt was approximately 6.5 miles.

5. Deputy Combs observed a black male, later identified as Major General Tyler Jr., exit the driver's door and flee the scene of the accident northbound on foot. Deputy Combs gave chase. While in pursuit, Deputy Combs observed Tyler Jr. drop a pistol just prior to getting him into custody without further incident. The pistol was

collected by responding officers and was found to be a Taurus Millennium 9 millimeter pistol bearing S/N: TKT11813. The gun had an extended magazine containing 14 live rounds of 9 millimeter ammunition. A second 9 millimeter magazine loaded with 12 live rounds of 9 millimeter ammunition was found in the vehicle.

6. Upon further investigation of the suspect vehicle, it was found to be stolen via a LEIN query out of Tennessee (Complaint 20-0712966).

7. Tyler Jr was transported to the Genesee County Jail where deputies recovered a clear plastic baggie containing a white powdery substance believed to be cocaine. TYLER Jr had the baggie with the narcotics hidden in his rectum.

8. I reviewed Major General Tyler Jr's criminal history. On September 3, 2020, Tyler Jr. pled guilty to Reckless Endangerment – Deadly Weapon Involved and Aggravated Robbery – Conspiracy in Tennessee where he was incarcerated for one year with the Tennessee Department of Corrections (TDOC). At the time of this incident, Tyler Jr was on parole with the TDOC.

9. I have spoken with ATF Special Agent Kyle Salcido, who is recognized by ATF as having expertise in the interstate travel and manufacture of firearms. SA Salcido advised that the Taurus 9 millimeter semi-automatic pistol model: G2C bearing S/N: TLP48930 was manufactured outside of the state of Michigan and is a

firearm as defined in Chapter 44, Title 18, United States Code.

10.  Based on the foregoing, I have probable cause to believe that on November 25, 2020, in the Eastern District of Michigan, Major General Tyler Jr., knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

_____
DUSTIN HURT, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on _____January 22, 2021_____.

_____
HON. CURTIS IVY, JR.
United States Magistrate Judge

4